UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| THE HEIL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-284 |
| ) | |
| EVANSTON INSURANCE COMPANY ) | Chief Judge Curtis L. Collier |
| and THE BURLINGTON INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties jointly filed a motion to stay all legal proceedings in March 2006 (Court File No. 16), pending resolution of related tort litigation in Alabama. Judge Mattice granted such stay on March 27, 2006 (Court File No. 18).

On February 20, 2007, the parties filed a Joint Motion to Lift the Stay, representing that the litigation in Alabama was resolved (Court File No. 27). The parties now seek leave to realign the claims, amend the pleadings, and substitute counsel as appropriate. (Id. at ¶ 3.)

In an effort to move along this matter, the Court **GRANTS** the parties' Joint Motion to Lift the Stay (Court File No. 27). The Court will also set a new scheduling conference in this matter. The parties should make every effort to finalize "realignment" of the claims prior to the scheduling conference.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**