UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| HEIL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 1:05-cv-284 |
| v. ) | |
| ) | |
| EVANSTON INSURANCE CO., ) | Chief Judge Curtis L. Collier |
| THE BURLINGTON INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For the reasons stated in the attached memorandum:

The Court **ACCEPTS** and **ADOPTS** the recommendation of the magistrate judge to allow realignment of the parties (Court File No. 63).

The Court **GRANTS** Plaintiffs' motion to amend their complaint to add a claim under the TCPA (Court File Nos. 38, 47).

The Court **ACCEPTS** and **ADOPTS** the recommendation of the magistrate judge to deny Plaintiffs' motion to amend their complaint to add a common law bad faith claim (Court File No. 63).

The Court **ACCEPTS** and **ADOPTS** the recommendation of the magistrate judge to grant Plaintiffs' motion to amend their complaint to add a claim under the Tenn. Ann. Code § 56-7-105 (Court File No. 63).

The Court **GRANTS** the parties joint motion to continue (Court File No. 70). The trial in this matter is rescheduled for **September 8, 2008 at 9:00 a.m.**, and the final pretrial conference is

rescheduled for **August 29, 2008 at 4:00 p.m**.  Dispositive motions will be due no later than May 28, 2008.  The parties will have an extension of two months to all discovery deadlines.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**